HEATHER E. WILLIAMS, CA SBN 122664
Federal Defender
HOPE ALLEY, CA SBN 314109
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
JOHNNY REYES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 6:18-po-00298-JDP |
|---|---|
| Plaintiff, | ) **REQUEST TO PLACE CASE ON CALENDAR AND FOR RULE 43 WAIVER FOR INITIAL APPEARANCE; ORDER** |
| vs. | ) |
| JOHNNY REYES, | ) Hon. Jeremy D. Peterson |
| Defendant. | ) Date: September 19, 2018 |
| | ) Time: 10:00 a.m. |

On June 19, 2018, Johnny Reyes failed to appear for his initial appearance on citations issued out of Yosemite National Park. Mr. Reyes was arrested in Florida on September 7, 2018. He appeared before a magistrate judge in the Southern District of Florida and was released with ordered to report pre-trial services in the Central District of California. He was not given a date on which to appear at court. Accordingly, Mr. Reyes requests that he be placed on this Court's calendar for September 19, 2018 at 10:00 a.m.

Additionally, Mr. Reyes requests to appear via VTC from the U.S. District Courthouse in Fresno, California. This Court, pursuant to Rule 43(b)(2), has the authority to allow Mr. Reyes to appear by video for an initial appearance. Mr. Reyes has been advised of his rights under Federal Rule of Criminal Procedure 43(b)(2) and hereby requests that this Court permit him to waive his right to personally appear for his initial appearance. Mr. Reyes is indigent and lives in Los Angeles County. His only means of getting to court is through public transportation. It takes approximately

10 hours to get to Yosemite Valley from Los Angeles via public buses, and requires an overnight trip on a Greyhound bus. A trip to Fresno takes only 4.5 hours. To save Mr. Reyes a significant amount in overnight stays and public transport, he respectfully requests this Court to permit a video appearance from the U.S. District Courthouse in Fresno.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: September 17, 2018

*/s/ Hope Alley*
HOPE ALLEY
Assistant Federal Defender
Attorney for Defendant
JOHNNY REYES

## **O R D E R**

**GOOD CAUSE APPEARING**, defendant's request to place his case on calendar is hereby GRANTED. Case No. 6:18-po-00298 will be placed on calendar for September 19, 2018 at 10:00 a.m. Additionally, defendant's request to appear via video from the U.S. District Courthouse in Fresno, CA is GRANTED assuming the necessary arrangements are made.

IT IS SO ORDERED.

Dated:   September 17, 2018

UNITED STATES MAGISTRATE JUDGE