HEATHER E. WILLIAMS, #122664
Federal Defender
DAVID HARSHAW, KY Bar # 86435
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710

Attorneys for Defendant
JOHNNY A. REYES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOHNNY A. REYES,<br><br>Defendant. | Case No. 6:18-PO-00298-JDP<br><br>STIPULATION AND ORDER TO CONTINUE HEARING<br><br>DATE: December 4, 2018<br>TIME 10:00 a.m.<br>JUDGE: Hon. Jeremy D. Peterson |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel, Yosemite Legal Officer Susan St. Vincent, counsel for the plaintiff, and Assistant Federal Defender David Harshaw, counsel for Johnny Reyes, that the Court continue the November 27, 2018 hearing to December 4, 2018 at 10:00 a.m. This is so that defense counsel can get copies from the government of the videos from Mr. Reyes's stop so that an intelligent contemplation of the current offer can be made by the defense. The parties thus request that the Court continue Mr. Reyes's November 27, 2018 hearing to December 4, 2018 at 10:00 a.m.

DATED: November 20, 2018  Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

*/s/ David Harshaw*
DAVID HARSHAW

-1-

Assistant Federal Defender

Attorneys for Johnny A. Reyes

DATED: November 20, 2018
MCGREGOR W. SCOTT
United States Attorney

*/s/ Susan St. Vincent*
SUSAN ST. VINCENT
Yosemite Legal Officer
Attorney for Plaintiff

## ORDER

The court accepts the above stipulation and adopts its terms as the order of this court. Accordingly, the November 27, 2018 hearing for Johnny A. Reyes, Case No. 6:18-PO-00298-JDP, is continued to December 4, 2018 at 10:00 a.m.

IT IS SO ORDERED.

Dated:   November 21, 2018
UNITED STATES MAGISTRATE JUDGE