HEATHER E. WILLIAMS, #122664
Federal Defender
DAVID HARSHAW, KY Bar # 86435
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710

Attorneys for Defendant
JOHNNY A. REYES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 6:18-PO-00298-JDP |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO ALLOW VIDEO TELECONFERENCE FOR PLEA |
| v. | |
| JOHNNY A. REYES, | DATE: December 4, 2018<br>TIME 10:00 a.m.<br>JUDGE: Hon. Jeremy D. Peterson |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel, Yosemite Legal Officer Susan St. Vincent, counsel for the plaintiff, and Assistant Federal Defender David Harshaw, counsel for Johnny Reyes, that the Court should allow the Defendant to appear by video teleconference on December 4, 2018 at 10:00 a.m. Defendant intends to plead guilty on that day.

Defendant lives in the Los Angeles area, and it would be a hardship financially for him to make the trip to Yosemite. Apart from the expenses of gas and lodging, he would miss two days of work.

DATED: November 30, 2018           Respectfully submitted,

                                                    HEATHER E. WILLIAMS
                                                  Federal Defender

                                                  */s/ David Harshaw*
                                                  DAVID HARSHAW
                                                  Assistant Federal Defender

-1-

Attorneys for Johnny A. Reyes

DATED: November 30, 2018  MCGREGOR W. SCOTT
United States Attorney

*/s/ Susan St. Vincent*
SUSAN ST. VINCENT
Yosemite Legal Officer
Attorney for Plaintiff

## ORDER

The court accepts the above stipulation and adopts its terms as the order of this court. Accordingly, Johnny A. Reyes, in Case No. 6:18-PO-00298-JDP, may appear by video teleconference on December 4, 2018 at 10:00 a.m. from Los Angeles.

IT IS SO ORDERED.

Dated: November 30, 2018

UNITED STATES MAGISTRATE JUDGE