HEATHER E. WILLIAMS, #122664
Federal Defender
DAVID HARSHAW, KY Bar # 86435
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710


Attorneys for Defendant
JOHNNY A. REYES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOHNNY A. REYES,<br><br>Defendant. | Case No. 6:18-PO-00298-JDP<br><br>**UNOPPOSED MOTION AND ORDER TO VACATE REVIEW HEARING AND TERMINATE PROBATION** |

Comes Defendant, Johnny Reyes, by counsel David Harshaw, and hereby requests that the review hearing in this case be vacated and that the defendant's probation be terminated early.

Defendant makes this request for the following reasons:

On December 4, 2018, Defendant pled guilty to driving on a suspended license and having an open container while driving.  The Court sentenced Defendant in accord with the agreement of the parties: (1) twelve months of unsupervised probation; (2) obey all laws and advise the Court and Government Officer within seven days of being cited or arrested for any alleged violation of law; and (3) pay a $ 670.00 fine, a $60.00 processing fee and a $ 20.00 special assessment.  A review hearing is currently set for November 5, 2019.  Probation is set to terminate on December 4, 2019.

As of this date, Defendant has paid the entire amount of his fine, his processing fee, and his special assessment.  He has no new law violations.  Accordingly, Defendant requests that his

-1-

November 5, 2019 review hearing be vacated. He also requests that his probation be terminated early. The United States, through Legal Officer Susan St. Vincent, does not oppose this motion.

DATED: October 29, 2019          Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

*/s/ David Harshaw*
DAVID HARSHAW
Assistant Federal Defender

Attorneys for Johnny A. Reyes

ORDER

The court orders that the review hearing set for November 5, 2019 in Case No. 6:18-po-00298 be vacated. Further, the defendant's probationary period is terminated.

IT IS SO ORDERED.

Dated: __October 29, 2019__  _____
UNITED STATES MAGISTRATE JUDGE